```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA


STEPHEN L. LAFRANCE HOLDING     :    CIVIL ACTION
INC., et al.,                   :
                                :
          v.                    :
                                :
NATIONAL MILK PRODUCERS         :
FEDERATION, et al.              :    NO. 12-70
```

ORDER

AND NOW, this 31st day of July, 2012, upon consideration of the defendants' Joint Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) (Docket No. 43), the plaintiffs' opposition thereto, the defendants' brief in reply and Supplemental Notice of Decision in Related Case, the plaintiffs' response thereto, and for the reasons stated in a memorandum of law bearing today's date, IT IS HEREBY ORDERED that the motion is GRANTED.

The clerk is directed to TRANSFER the above-captioned case to the United States District Court for the Northern District of California forthwith.

```
                         BY THE COURT:


                         /s/ Mary A. McLaughlin
                         MARY A. McLAUGHLIN, J.
```